**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NORTH DAKOTA**
**SOUTHWESTERN DIVISION**

| | | |
|---|---|---|
| Charles Bradford Odom, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER TO REPORT ON STATUS** |
| | ) | **OF STATE CRIMINAL ACTION** |
| vs. | ) | |
| | ) | |
| Det. Kenan Kaizer, Det. Paul Olson, | ) | Case No. 1:07-cv-019 |
| Glen Valley, Asst. St. Attorney Julie | ) | |
| Lawyer and Burleigh County Detention | ) | |
| Center and Unknown Head Supervisor, | ) | |
| | ) | |
| Defendants. | ) | |

_____

On April 17, 2007, the Court advised the plaintiff, Charles Bradford Odom, that he may be required to periodically report to the Court on the status of the state criminal action against him and that any failure to report within the time period set by the Court may result in dismissal without prejudice of Odom's action.  See Docket No. 8.  Pursuant to that notice, the Court orders that Mr. Odom shall provide a report on the status of all pending state criminal charges within ten (10) days of the date of this order.

**IT IS SO ORDERED.**

Dated this 18th day of October, 2007.

                                              */s/  Daniel L. Hovland*
                                              Daniel L. Hovland, Chief Judge
                                              United States District Court